IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
              v.                  )   Criminal No. 09-25 Erie
                                  )   (18 U.S.C. §1204)
CHAD ZACHARY HOWER                )   **(Under Seal)**

## I N D I C T M E N T

The grand jury charges:

From in and around November 2006, to in and around May 2009, in the Western District of Pennsylvania, and elsewhere, the defendant, CHAD ZACHARY HOWER, did, with the intent to obstruct the lawful exercise of parental rights, remove a child from the United States and retain a child outside the United States (who had been in the United States), to wit, the defendant, CHAD ZACHARY HOWER, removed, A.C.O-H., date of birth June 5, 1996, from the United States and continues to retain the child outside the United States.

In violation of Title 18, United States Code, Section 1204.

A True Bill,

_____
FOREPERSON

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254

FILED

MAY 12 2009

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA