IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL No. 09-25 |
| v. | ) | Erie Division |
| | ) | |
| CHAD ZACHARY HOWER | ) | |

## **ORDER OF COURT**

And now, this _____ day of _____, 2022, upon consideration of Petition of Peter Zachary Chevozerov, formally Chad Hower to set a date certain for trial, order extradition or in the alternative dismiss the indictment, the following is ordered:    The indictment against the Defendant Chad Hower is dismissed.

BY THE COURT:

_____
J.