IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL No. 09-25 |
| v. ) | Erie Division |
| ) | |
| CHAD ZACHARY HOWER ) | |

## ORDER OF COURT

And now, this _____ day of _____, 2022, upon consideration of Petition of Peter Zachary Chevozerov, formally Chad Hower to set a date certain for trial, order extradition or in the alternative dismiss the indictment, the following is ordered:   The trial in the above case shall be set for _____.   The Defendant will be extradited to the United States via air ambulance at the expense of the government.

BY THE COURT:

_____
J.