FEDERATION OF SAINT CHRISTOPHER AND NEVIS
IN THE HIGH COURT OF JUSTICE
SAINT CHRISTOPHER CIRCUIT
A.D. 2008

## AFFIDAVIT

I, VERNON S. VEIRA of Chambers, #3 Church Street, in the City of Basseterre, in the Island of Saint Christopher, Barrister and Solicitor make oath and say as follows:-

1. I was present on the 16th day of June, 2008 in the City of Basseterre, aforesaid and did then and there see the within-named **PETER ZACHARY CHEVOZEROV** formerly known as **CHAD ZACHARY HOWER** duly sign seal and for his own act and deed deliver the foregoing Deed Poll to and for the intents and purposes therein contained.

2. The signatures **"PETER ZACHARY CHEVOZEROV"** and **"CHAD ZACHARY HOWER"** as the original and the assumed name of the person executing the same are in the proper handwriting of the said **PETER ZACHARY CHEVOZEROV** and the name or signature "V.S. Veira" subscribed to the said Deed Poll is in the true and proper handwriting of me this deponent.

SWORN at the Registrar's Office ]
in the City of Basseterre, in the ]
Island of Saint Christopher this ]
25th day of June, 2008. ]

Vernon S. Veira

Before me:-

MR. JOSE LLOYD
A COMMISSIONER OF OATHS
FOR ST. CHRISTOPHER / NEVIS

EXAMINED WITH THE ORIGINAL
AND FOUND TO BE A TRUE COPY

REGISTRAR

EXHIBIT C

No. 15908   2393/2400

JUN 25 2008 @ 1:47 pm
ST. CHRISTOPHER NEVIS

2393

WHEREAS I, the undersigned PETER ZACHARY CHEVOZEROV a national of the Federation of Saint Christopher and Nevis, presently residing at Unit F4, Leeward Cove, Frigate, in the island of St. Christopher was at the date of my birth lawfully possessed of the surname of "HOWER" having been born on the 7th August, 1974 AND WHEREAS I am now desirous of renouncing the said Christian name CHAD and the surname of "HOWER".

NOW THEREFORE KNOW ALL MEN BY THIS DEED which is intended to be enrolled in the Registry of Deeds of the St. Christopher Circuit of the Supreme Court, of the West Indies that I said CHAD ZACHARY HOWER do hereby for myself and my children and remoter issue absolutely renounce and abandon the use of my former Christian name CHAD and surname of HOWER and in the lieu thereof do assume as from the date hereof the Christian name PETER and surname of CHEVOZEROV.

AND in pursuance of evidencing such change of surname as aforesaid, I HEREBY DECLARE that I shall at all times hereafter in all records deeds and instruments in writing and in all actions and proceedings and in all dealings and transactions and upon all occasions whatsoever use and sign the said names of PETER as my Christian name and CHEVOZEROV as my surname in lieu of the said Christian name CHAD and surname of HOWER as renounced as aforesaid.

AND I HEREBY AUTHORISE and request all persons to designate and address me and remoter issue by such assumed Christian name PETER and surname of CHEVOZEROV only.

IN WITNESS WHEREOF I have hereunder signed my assumed Christian names of PETER ZACHARY and my assumed surname of CHEVOZEROV and my relinquished my Christian name CHAD and my surname of HOWER and have set my seal this 16th day of June, 2008.

Signed, Sealed and Delivered ]
by the above named PETER ]
ZACHARY CHEVOZEROV. ]

Before and in the presence of:-

*[signature]*
Solicitor

*[signature: Peter Zachary Chevozerov]*
Peter Zachary Chevozerov
formerly known as

*[signature: Chad Zachary Hower]*
Chad Zachary Hower

Registrar of Deeds

EXAMINED WITH THE ORIGINAL AND FOUND TO BE A TRUE COPY



ST. CHRISTOPHER (ST. KITTS) CIRCUIT

[A.D. 2017 CERTIFIED COPY]

The Registrar of Deeds, for the Island of Saint Christopher, HEREBY CERTIFIES that the within is a true and correct copy of a DEED POLL re: Change of Surnames from CHAD ZACHARY HOWER to PETER ZACHARY CHEVOZEROV (consisting of five [5] pages each of which is signed and dated by me, the signatory hereto). The deed is numbered 15,908 dated the 25th day of June, 2008 and recorded in LIBER "A" VOLUME "8" at FOLIOS 2393 to 2400 of the Register of Deeds for the Island of St. Christopher, as shown by the Records of this Office.

GIVEN under my hand and seal of the Eastern Caribbean Supreme Court, Saint Christopher Circuit, This 5th day of May, 2017.

REGISTRAR OF DEEDS
SAINT CHRISTOPHER CIRCUIT