

# DR. DWAYNE THWAITES  MD
### Diplomate of The American Board of Urology

Alexandra Hospital  
Charlestown  
Nevis

Tel# (869) 469-5473  
Cell# (869) 765-6152  
Email: urology.associates62@gmail.com

Date: November 19, 2021

RE: Peter Chevozerov  
D.O.B: 07-08-1974

## TO WHOM IT MAY CONCERN

Mr Peter Chevozerov is a patient of mine since 2013. He has a history of Kidney Stones of unknown etiology. He consistently makes stones, his urine PH is usually acidic but doesn't seem to have Renal Tubular Acidosis.

Mr Chevozerov is consistently on Polycitro K to alkalize his urine but still developed multiple stones which he passes on occasion. He has had multiple uretero-scopy but continues to manufacture stones. Recently he has passed some larger stones.

His 24hr urine collection does not fit a particular pattern and was significant for hyper magnesium. His blood was consistent with hyperurecemia. We have been unable to get a stone analysis.

Presently, he still has occasional stone crisis which is managed with fluids, pain medication and polycitro K.

Sincerely

Dr. Dwayne Thwaites MD  
Urology Associates  
Huggins Medical, Bird Rock,  
Basseterre, St. Kitts  
Cell: 667-9915 / 765-6152  
Email: urology.associates62@gmail.com

Dr. Dwayne Thwaites MD  
Diplomate of The American Board of Urology

EXHIBIT F

# LABORATORY REPORT

| REQUISITION INFORMATION |
|---|
| LT_136295 |

| PATIENT INFORMATION |
|---|
| CHEVOZEROV, PETER |
| ID #:11479 |

**REFERRING PHYSICIAN/ACCOUNT**
-Avalon Medical Laboratory
THWAITES, DWAYNE
Rosemary Lane
Basseterre International 11111
869-466-5558
DDT



| PHYSICIAN ASSISTANT | DATE COLLECTED | DATE REPORTED | DATE RECEIVED | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|
| Labtest.com | 11/18/2021 11:55 | 11/19/2021 10:43 | 11/18/2021 | M | 08/07/1974 | 47 |

| Test Name | Result | Reference Range | Units |
|---|---|---|---|
| ***RENAL PROFILE*** | | | AM |
| BUN | 12.3 | 6.0-23.0 | mg/dL |
| CREATININE | 0.9 | 0.1-1.2 | mg/dL |
| GLUCOSE | 83.5 | 70.0-110.0 | mg/dL |
| SODIUM | 143.3 | 135.0-148.0 | mEq/L |
| POTASSIUM | 3.95 | 3.50-5.30 | mEq/L |
| CHLORIDE | 104.0 | 101.0-111.0 | mEq/L |

Test Site Codes:
AM

*** FINAL REPORT ***

# LABORATORY REPORT



| REFERRING PHYSICIAN/ACCOUNT | REQUISITION INFORMATION |
|---|---|
| -Avalon Medical Laboratory<br>THWAITES, DWAYNE<br>Rosemary Lane<br>Basseterre International 11111<br>869-466-5558<br>DDT | LT_136296 |
| | **PATIENT INFORMATION** |
| | CHEVOZEROV, PETER<br>ID #:11479 |

| PHYSICIAN ASSISTANT | DATE COLLECTED | DATE REPORTED | DATE RECEIVED | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|
| Labtest.com | 11/18/2021 11:55 | 11/19/2021 10:43 | 11/18/2021 | M | 08/07/1974 | 47 |

| Test Name | Result | Reference Range | Units |
|---|---|---|---|
| ***URINANALYSIS*** | | | AM |
| U Color | Yellow | Yellow | |
| U Appearance | Clear | Clear | |
| U Glucose | Negative | Negative | mg/dl |
| U Bilirubin | Negative | Negative | mg/dl |
| U Ketones | Negative | Negative | mg/dl |
| U Spec. Gravity | 1.015 | 1.010-1.025 | |
| U Blood | Negative | Negative | |
| U pH | 7.0 | 5.0-8.0 | |
| U Protein | Negative | Negative | mg/dl |
| U Urobilinogen | 0.2 | 0.2-1.0 | mg/dl |
| U Nitrite | <-> Positive | Negative | |
| U Leukocyte Esterase | Negative | Negative | |
| U MICROSCOPIC | | Negative | |

FEW BACTERIA

Test Site Codes:
AM

*** FINAL REPORT ***